# United States Bankruptcy Court
## Southern District of Florida

In re   **William John Barrett, Jr**

Case No. _____

_____   Debtor(s)

Chapter   **13**   _____

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

■ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of all payment advices **are not** attached because the debtor:
    ☐ receives disability payments
    ☐ is unemployed and does not receive unemployment compensation
    ☐ receives Social Security payments
    ☐ receives a pension
    ☐ does not work outside the home
    ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

**Joint Debtor (if applicable):**

☐ Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____ )

☐ Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

☐ Copies of payment advices **are not** attached because the joint debtor:
    ☐ receives disability payments
    ☐ is unemployed and does not receive unemployment compensation
    ☐ receives Social Security payments
    ☐ receives a pension
    ☐ does not work outside the home
    ☐ is self employed and does not receive payment advices

☐ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

LF-10 (rev. 12/01/09)                    Page 1 of 2

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court. See Local Rule 5005-1(A)(2).*

Date: _____

**William John Barrett, Jr**
Signature of Attorney or Debtor



Moss & Associates LLC    6363 NW 6th Way Fort Lauderdale, FL 33309
William Barrett    1516 WHITEHALL OR APT#203 DAVIE, FL 33324

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| William Barrett | Moss & Associates LLC | 4183 | 03/08/2026 | 03/21/2026 | 03/27/2026 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes Withheld | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 4,600.06 | 682.25 | 871.95 | 7.41 | 3,038.45 |
| YTD | 488.00 | 32,123.42 | 4,764.19 | 6,083.44 | 147.87 | 21,127.92 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Auto Allowance | 03/08/2026 - 03/21/2026 | 0 | 0 | 369.24 | 0 | 2,584.64 |
| Imputed Income | 03/08/2026 - 03/21/2026 | 0 | 0 | 4.71 | 0 | 32.97 |
| Salary Pay | 03/08/2026 - 03/21/2026 | 80 | 52.885 | 4,230.82 | 488 | 25,731.06 |
| Vacation | | | 0 | | 72 | 3,807.72 |
| Earnings | | | | 4,604.77 | | 32,156.39 |

### Employee Taxes Withheld

| Description | Amount | YTD |
|---|---|---|
| OASDI | 282.54 | 1,973.03 |
| Medicare | 66.07 | 461.43 |
| Federal Withholding | 523.34 | 3,648.98 |
| Employee Taxes Withheld | 871.95 | 6,083.44 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 634.63 | 4,430.85 |
| Dental (Pre-Tax) | 14.97 | 104.79 |
| Health Savings Account | 30.00 | 210.00 |
| Vision (Pre-Tax) | 2.65 | 18.55 |
| Pre-Tax Deductions | 682.25 | 4,764.19 |

### Post-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Accident Ins | 2.66 | 18.62 |
| Employee Due From | | 96.00 |
| Hospital Ins | 4.75 | 33.25 |
| Post-Tax Deductions | 7.41 | 147.87 |

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| ER - Health Savings | | 500.00 |
| Employer Contributions | 0.00 | 500.00 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,557.15 | 31,823.05 |
| Medicare - Taxable Wages | 4,557.15 | 31,823.05 |
| Federal Withholding - Taxable Wages | 3,922.52 | 27,392.20 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Vacation | 4.62 | 0 | 35.72 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| TD Bank | Checking: TD Bank | ******9756 | | 3,038.45    USD |



Moss & Associates LLC    6363 NW 6th Way Fort Lauderdale, FL 33309
William Barrett    1516 WHITEHALL DR APT#203 DAVIE, FL 33324

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| William Barrett | Moss & Associates LLC | | | 4183 | 02/22/2026 | 03/07/2026 | 03/13/2026 | |

| | Hours Worked | | Gross Pay | Pre-Tax Deductions | Employee Taxes Withheld | Post-Tax Deductions | | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Current | 80.00 | | 4,600.03 | 682.24 | 871.96 | 7.41 | | 3,038.42 |
| YTD | 408.00 | | 27,523.36 | 4,081.94 | 5,211.49 | 140.46 | | 18,089.47 |

| | Earnings | | | | | | Employee Taxes Withheld | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | Amount | YTD |
| Auto Allowance | 02/22/2026 - 03/07/2026 | 0 | 0 | 369.23 | 0 | 2,215.40 | OASDI | 282.55 | 1,690.49 |
| Imputed Income | 02/22/2026 - 03/07/2026 | 0 | 0 | 4.71 | 0 | 28.26 | Medicare | 66.08 | 395.36 |
| Salary Pay | 02/22/2026 - 03/07/2026 | 80 | 52.885 | 4,230.80 | 408 | 21,500.24 | Federal Withholding | 523.33 | 3,125.64 |
| Vacation | | | 0 | | 72 | 3,807.72 | | | |
| Earnings | | | | 4,604.74 | | 27,551.62 | Employee Taxes Withheld | 871.96 | 5,211.49 |

| Pre-Tax Deductions | | | | Post-Tax Deductions | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | Description | | Amount | YTD |
| 401(k) | 634.62 | 3,796.22 | Accident Ins | | 2.66 | 15.96 |
| Dental (Pre-Tax) | 14.97 | 89.82 | Employee Due From | | | 96.00 |
| Health Savings Account | 30.00 | 180.00 | Hospital Ins | | 4.75 | 28.50 |
| Vision (Pre-Tax) | 2.65 | 15.90 | | | | |
| Pre-Tax Deductions | 682.24 | 4,081.94 | Post-Tax Deductions | | 7.41 | 140.46 |

| Employer Contributions | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| ER - Health Savings | | 500.00 | OASDI - Taxable Wages | 4,557.12 | 27,265.90 |
| | | | Medicare - Taxable Wages | 4,557.12 | 27,265.90 |
| Employer Contributions | 0.00 | 500.00 | Federal Withholding - Taxable Wages | 3,922.50 | 23,469.68 |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | Vacation | 4.62 | 0 | 31.1 |
| Total Dependent Amount | 0 | | | | | |
| Additional Withholding | 0 | | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| TD Bank | Checking: TD Bank | ******9756 | | 3,038.42   USD |



Moss & Associates LLC    6363 NW 6th Way Fort Lauderdale, FL 33309
William Barrett    1516 WHITEHALL DR APT#203 DAVIE, FL 33324

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| William Barrett | Moss & Associates LLC | | | 4183 | 02/08/2026 | 02/21/2026 | 02/27/2026 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes Withheld | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 80.00 | 4,600.05 | 682.25 | 871.96 | 103.41 | 2,942.43 |
| YTD | 328.00 | 22,923.33 | 3,399.70 | 4,339.53 | 133.05 | 15,051.05 |

| Earnings | | | | | | | | Employee Taxes Withheld | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | | Amount | YTD |
| Auto Allowance | 02/08/2026 - 02/21/2026 | 0 | 0 | 369.23 | 0 | 1,846.17 | OASDI | | 282.54 | 1,407.94 |
| Imputed Income | 02/08/2026 - 02/21/2026 | 0 | 0 | 4.71 | 0 | 23.55 | Medicare | | 66.08 | 329.28 |
| Salary Pay | 02/08/2026 - 02/21/2026 | 80 | 52.885 | 4,230.82 | 328 | 17,269.44 | Federal Withholding | | 523.34 | 2,602.31 |
| Vacation | | | 0 | | 72 | 3,807.72 | | | | |
| Earnings | | | | 4,604.76 | | 22,946.88 | Employee Taxes Withheld | | 871.96 | 4,339.53 |

| Pre-Tax Deductions | | | | Post-Tax Deductions | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | | Description | Amount | YTD |
| 401(k) | 634.63 | 3,161.60 | | Accident Ins | 2.66 | 13.30 |
| Dental (Pre-Tax) | 14.97 | 74.85 | | Employee Due From | 96.00 | 96.00 |
| Health Savings Account | 30.00 | 150.00 | | Hospital Ins | 4.75 | 23.75 |
| Vision (Pre-Tax) | 2.65 | 13.25 | | | | |
| Pre-Tax Deductions | 682.25 | 3,399.70 | | Post-Tax Deductions | 103.41 | 133.05 |

| Employer Contributions | | | | Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | | Description | Amount | YTD |
| ER - Health Savings | | 500.00 | | OASDI - Taxable Wages | 4,557.14 | 22,708.78 |
| | | | | Medicare - Taxable Wages | 4,557.14 | 22,708.78 |
| Employer Contributions | 0.00 | 500.00 | | Federal Withholding - Taxable Wages | 3,922.51 | 19,547.18 |

| | Federal | State | | Absence Plans | | | |
|---|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | | Vacation | 4.62 | 0 | 26.48 |
| Total Dependent Amount | 0 | | | | | | |
| Additional Withholding | 0 | | | | | | |

| Payment Information | | | | | |
|---|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount | |
| TD Bank | Checking: TD Bank | ******9756 | | 2,942.43 | USD |



Moss & Associates LLC    6363 NW 6th Way Fort Lauderdale, FL 33309
William Barrett    1516 WHITEHALL DR APT#203 DAVIE, FL 33324

| Name | Company | | | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|---|---|
| William Barrett | Moss & Associates LLC | | | 4183 | 01/25/2026 | 02/07/2026 | 02/13/2026 | |

| | | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes Withheld | Post-Tax Deductions | | Net Pay |
|---|---|---|---|---|---|---|---|---|
| Current | | 80.00 | 4,600.05 | 682.25 | 871.96 | 7.41 | | 3,038.43 |
| YTD | | 248.00 | 18,323.28 | 2,717.45 | 3,467.57 | 29.64 | | 12,108.62 |

| | | | Earnings | | | | | Employee Taxes Withheld | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount | Description | | Amount | YTD |
| Auto Allowance | 01/25/2026 - 02/07/2026 | 0 | 0 | 369.23 | 0 | 1,476.94 | OASDI | | 282.54 | 1,125.40 |
| Imputed Income | 01/25/2026 - 02/07/2026 | 0 | 0 | 4.71 | 0 | 18.84 | Medicare | | 66.08 | 263.20 |
| Salary Pay | 01/25/2026 - 02/07/2026 | 80 | 52.885 | 4,230.82 | 248 | 13,038.62 | Federal Withholding | | 523.34 | 2,078.97 |
| Vacation | | | 0 | | 72 | 3,807.72 | | | | |
| Earnings | | | | 4,604.76 | | 18,342.12 | Employee Taxes Withheld | | 871.96 | 3,467.57 |

| Pre-Tax Deductions | | | | Post-Tax Deductions | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | | Description | Amount | YTD |
| 401(k) | 634.63 | 2,526.97 | | Accident Ins | 2.66 | 10.64 |
| Dental (Pre-Tax) | 14.97 | 59.88 | | Hospital Ins | 4.75 | 19.00 |
| Health Savings Account | 30.00 | 120.00 | | | | |
| Vision (Pre-Tax) | 2.65 | 10.60 | | | | |
| Pre-Tax Deductions | 682.25 | 2,717.45 | | Post-Tax Deductions | 7.41 | 29.64 |

| Employer Contributions | | | | Taxable Wages | | |
|---|---|---|---|---|---|---|
| Description | Amount | YTD | | Description | Amount | YTD |
| ER - Health Savings | | 500.00 | | OASDI - Taxable Wages | 4,557.14 | 18,151.64 |
| | | | | Medicare - Taxable Wages | 4,557.14 | 18,151.64 |
| Employer Contributions | 0.00 | 500.00 | | Federal Withholding - Taxable Wages | 3,922.51 | 15,624.67 |

| | Federal | State | | Absence Plans | | |
|---|---|---|---|---|---|---|
| Marital Status | Single or Married filing separately | | | Description | Accrued | Reduced | Available |
| Allowances | 0 | 0 | | Vacation | 4.62 | 0 | 21.86 |
| Total Dependent Amount | 0 | | | | | | |
| Additional Withholding | 0 | | | | | | |

| | | | | Payment Information | | | | |
|---|---|---|---|---|---|---|---|---|
| Bank | | Account Name | | | Account Number | USD Amount | Amount | |
| TD Bank | | Checking: TD Bank | | | *****9756 | | 3,038.43 | USD |



Moss & Associates LLC    6363 NW 6th Way Fort Lauderdale, FL 33309
William Barrett    1516 WHITEHALL DR APT#203 DAVIE, FL 33324

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| William Barrett | Moss & Associates LLC | 4183 | 01/11/2026 | 01/24/2026 | 01/30/2026 | |

| | Hours Worked | Gross Pay | Pre-Tax Deductions | Employee Taxes Withheld | Post-Tax Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 48.00 | 4,600.03 | 682.24 | 871.95 | 7.41 | 3,038.43 |
| YTD | 168.00 | 13,723.23 | 2,035.20 | 2,595.61 | 22.23 | 9,070.19 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD Hours | YTD Amount |
|---|---|---|---|---|---|---|
| Auto Allowance | 01/11/2026 - 01/24/2026 | 0 | 0 | 369.23 | 0 | 1,107.71 |
| Imputed Income | 01/11/2026 - 01/24/2026 | 0 | 0 | 4.71 | 0 | 14.13 |
| Salary Pay | 01/11/2026 - 01/24/2026 | 48 | 52.885 | 2,538.48 | 168 | 8,807.80 |
| Vacation | 01/11/2026 - 01/24/2026 | 32 | 52.885 | 1,692.32 | 72 | 3,807.72 |
| Earnings | | | | 4,604.74 | | 13,737.36 |

### Employee Taxes Withheld

| Description | Amount | YTD |
|---|---|---|
| OASDI | 282.54 | 842.86 |
| Medicare | 66.08 | 197.12 |
| Federal Withholding | 523.33 | 1,555.63 |
| Employee Taxes Withheld | 871.95 | 2,595.61 |

### Pre-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401(k) | 634.62 | 1,892.34 |
| Dental (Pre-Tax) | 14.97 | 44.91 |
| Health Savings Account | 30.00 | 90.00 |
| Vision (Pre-Tax) | 2.65 | 7.95 |
| Pre-Tax Deductions | 682.24 | 2,035.20 |

### Post-Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Accident Ins | 2.66 | 7.98 |
| Hospital Ins | 4.75 | 14.25 |
| Post-Tax Deductions | 7.41 | 22.23 |

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| ER - Health Savings | | 500.00 |
| Employer Contributions | 0.00 | 500.00 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 4,557.12 | 13,594.50 |
| Medicare - Taxable Wages | 4,557.12 | 13,594.50 |
| Federal Withholding - Taxable Wages | 3,922.50 | 11,702.16 |

| | Federal | State |
|---|---|---|
| Marital Status | Single or Married filing separately | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Vacation | -27.38 | 0 | 17.24 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount |
|---|---|---|---|---|
| TD Bank | Checking: TD Bank | ******9756 | | 3,038.43 USD |